IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America, and the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Wisconsin and the District of Columbia, and the Cities of Chicago and New York, : : : : : : : : : : : : : : | Civil Action No. 2:09-cv-698<br><br>Judge Algenon Marbley<br><br>Magistrate Judge Terence Kemp |
| Plaintiffs, : | |
| ex rel. Robert A. Liter and Damon Glover, : | |
| Relators, : | |
| v. : | |
| Abbott Laboratories, : | |
| Defendant. : : | |

## ORDER OF DISMISSAL

WHEREAS, Defendant and Relators have agreed to dismiss Relators' personal claims against Defendant, with prejudice; and

WHEREAS, the United States has filed its intent not to intervene in the action and consents to a dismissal of its False Claims Act claims against Defendant without prejudice as to the United States;

WHEREAS, none of the States have intervened in the action nor entered an appearance by Counsel apart from filing a notice of non-intervention and have not advised the Court nor

1

Counsel for Relators of any opposition to dismissal of State False Claims Act claims without prejudice;

WHEREAS, the Court, having been informed that the Relators and Defendant have agreed to a dismissal of the Relators' claims against Defendant with prejudice, it finds that such a resolution is fair, adequate, and reasonable; it is hereby

ORDERED that except as expressly agreed by the parties, each party shall pay for its own attorneys fees, costs and expenses;

ORDERED that Relators' claims against Defendant are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

ORDERED that the United States' claims and the States' claims against Defendant are dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT

Dated: 26 June, 2013